# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**PATRICK MARTIN**                                                                    **PLAINTIFF**

**v.**                                  **Case No. 2:18-cv-00161-KGB-JTK**

**P. PRUITT,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 10). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 10). Accordingly, the Court dismisses without prejudice plaintiff Patrick Martin's claims against defendants C. Hollister, R. Smith, P. Benson, J. Sissel, M. Odom, K. Williams, Chatters, L. White, J. Carter, and C. Maruka.

It is so ordered this 15th day of May, 2019.

_____
Kristine G. Baker
United States District Judge