IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PATRICK MARTIN,　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
REG. #41528-424

v.　　　　　　　　　Case No. 2:18-cv-00161-KGB-JTK

P. PRUETT, *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Pursuant to the Orders entered in this matter, it is considered, ordered, and adjudged that plaintiff Patrick Martin's claims are dismissed without prejudice (Dkt. Nos. 21, 51).

It is so adjudged this 24th day of October, 2019.

_____
Kristine G. Baker
United States District Judge